Babak Hashemi, Esq. (State Bar No. 263494)
**LAW OFFICES OF BABAK HASHEMI, ESQ**
20062 SW Birch Street, Ste. 200
Newport Beach, CA 92660
Office: (949) 464-8529
BabakHashemiLaw@gmail.com

Attorneys for Plaintiff:  JAMES RUTHERFORD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>   Plaintiff,<br><br>v.<br><br>BLM VICTORVILLE A CALIFORNIA LIMITED PARTNERSHIP, a California limited partnership; and DOES 1-10, inclusive,<br>   Defendants. | CASE No: **5:19-cv-02017-DMG-SP**<br><br>NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT SHEERJI, INC., ONLY, WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A) |

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff JAMES RUTHERFORD, hereby voluntarily dismisses Defendant, SHEERJI, INC., a California corporation, *only*, from the above-captioned action; and without further notice, such dismissal shall be with prejudice.

///

Case No. 5:19-cv-02017

1
NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)

Respectfully Submitted.

Dated: June 9, 2020         **LAW OFFICES OF BABAK HASHEMI, ESQ.**

                          By:   /s/ *Babak Hashemi*
                                Babak Hashemi, Esq.
                                Attorney for Plaintiff

# PROOF OF SERVICE

I, the undersigned, am employed in the County of Orange, State of California. I am over the age of eighteen (18) years and not a party to the cause. My business address is 20062 SW Birch St., Suite 200, Newport Beach, CA 92660.

On June 9, 2020, I served the true copies of the foregoing document described as **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT SHEERJI, INC., a California corporation** on the interested parties in this action, addressed as follows: **Served Electronically and/or US Mail onto:**

| **Attorney** | **Telephone/ Facsimile/Email** | **Party** |
|---|---|---|
| **Joseph Arias** <br> **1881 S. Business Center Drive, Suite 9A** <br> **San Bernardino, CA 92408** | Telephone: 909-890-0125 <br> Facsimile: 909-890-0185 | Attorneys for Defendant BLM Victorville |

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

- ☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
- ☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **June 9, 2020 a**t Newport Beach, California.

|  |  |
|---|---|
| Babak Hashemi | */s/ Babak Hashemi* |
| (Type or print name) | (Signature) |

Case No. 5:19-cv-02017

3
NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)