Joseph Arias, SBN 47399
ARIAS & LOCKWOOD, APLC
1881 S. Business Center Drive, Suite 9A
San Bernardino, California 92408
Joseph.Arias@ariaslockwood.com
(909) 890-0125 - Phone
(909) 890-0185 - Fax

Attorneys for Defendant BLM Victorville, a California Limited Partnership

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, <br><br> Plaintiff, <br><br> vs. <br><br> BLM Victorville, a California Limited Partnership, and DOES 1-10, Inclusive, <br><br> Defendants. | CASE NO.: 5:19-cv-02017-DMG (SPx) <br><br> Hon. Judge Dolly M. Gee <br><br> OFFER TO ALLOW JUDGMENT PURSUANT TO F.R.C.P., RULE 68 |

To Plaintiff, and his attorney of record:

Defendant BLM Victorville, a California Limited Partnership (Defendant), offers to allow judgment to be taken against it and in favor of Plaintiff pursuant to F.R.C.P., Rule 68 (a), on the following terms:

1. Defendant shall pay Plaintiff $13,000 within 30 days of the date this offer is accepted;

2. Defendant shall remediate all barriers alleged in subparagraphs "a" through "g" of Paragraph 12 of the First Amended Complaint within one year of the date this offer is accepted; and

3. The amount paid by Defendant hereunder includes all damages allegedly incurred and/or requested by Plaintiff, including attorney fees and costs of suit.

///

DATED: June 9, 2020

ARIAS & LOCKWOOD

By /s/ Joseph C. Arias
Joseph Arias
Attorneys for Defendants
BLM Victorville, a California
Limited Partnership

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO

  I am employed in the County of San Bernardino, State of California. I am over the age of 18 and not a party to the within action. My business address is 1881 S. Business Center Drive, Suite 9A, San Bernardino, California 92408.

  On June 9, 2020, I served the foregoing document described as **OFFER TO ALLOW JUDGMENT PURSUANT TO F.R.C.P., RULE 68** on all interested parties in this action by placing [X] a true copy of [ ] the original thereof enclosed in sealed envelopes addressed as follows:

Babak Hashemi, Esq.
LAW OFFICES OF BABAK HASHEMI
20062 S.W. Birch Street, Suite 200
Newport Beach, California 92660
BabakHashemiLaw@gmail.com
(949) 464-8529 - Phone
(949) 259-4548 - Fax
*(Attorneys for Plaintiff)*

[ ]  (BY MAI) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same date with postage thereon fully prepaid at San Bernardino, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  (BY ELECTRONIC TRANSMISSION) I electronically filed the above document by using the Court's ECF/CM system. I certify that all participants in the case are registered ECF/CM users and that service will be accomplished by the ECF/CM system.

[ ]  (BY FACSIMILE) The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a record of the transmission. I transmitted a copy of the foregoing documents this date via telecopier to the facsimile numbers shown above.

[X]  By ELECTRONIC SERVICE (C.C.P. 1010.6(a)(1)(A): By consent, I emailed the attached document(s) to Baback Hashemi, Esq. at BabakHashemiLaw@gmail.com

[X]  (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 9, 2020, at San Bernardino, California.

              _____
              Sharvonne R. Sulzle