JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>            Plaintiff,<br><br>vs.<br><br>BLM VICTORVILLE, a California limited partnership,<br><br>            Defendant. | **Case No: ED CV 19-2017-DMG (SPx)**<br><br>**JUDGMENT [51]** |

Pursuant to the Federal Rule of Civil Procedure 68 offer of Judgment made by Defendant BLM VICTORVILLE, California Limited Partnership, and Plaintiff's Acceptance thereof on June 9, 2020:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant BLM VICTORVILLE, a California Limited Partnership, owner of certain real property located at 14794 LaPaz Drive, Victorville, California 92392 ("Subject Property"), and Defendant's agents, servants, employees and all persons in active concert or participation with them who receive actual notice of the Final Judgment are:

## INJUNCTIVE RELIEF

Permanently, affirmatively enjoined and obligated, within one (1) year of this Judgment, to remediate all physical barriers alleged in paragraph 12 (a)–(g) Plaintiff's First Amended complaint in accordance with the Americans with Disability Act Accessibility Guidelines ("ADAAG"), as follows:

a. Designate an Accessible Route from the city sidewalk to the walkway extending to the main entrance of the Business ("IHOP") located on the Subject Property;

b. Ensure the designated Accessible Parking at the main entrance of the Business has cross slopes in compliance with Section 403.3;

c. Ensure the designated Accessible Parking on the left of the entrance to the Business has slopes in compliance with Section 502.4; and the surface and the international symbol of accessibility are not deteriorated or faded;

d. Remove the built-up curb ramp within the Access Aisle directly in front of the Business on the Subject Property and remediate the area in compliance with Section 502.4; the striping within this Access Aisle and the "NO PARKING" lettering must be maintained and not

become faded;

e. The slope of the designated Accessible Parking on the right of the entrance to the Business on the Subject Property is to be remediated in compliance with section 502.4; and the striping must be maintained so as not to become faded;

f. The surface of the third designated Accessible Parking, located to the furthest right of the entrance to the Business on the Subject Property must be remediated in compliance with Section 502.4; the striping and international Symbol of Accessibility to be maintained, so as not to become faded;

g. The slopes withing the designated Van Accessible space serving the Business on the Subject Property are to be remediated in compliance with Section 502.4; the striping and international Symbol of Accessibility for this space are to be maintained so as not to become faded; installation of the required Van Accessible signage in compliance with Section 502.6; the slope of the Accessible Aisle serving this space is to be remediated in compliance with Section 502.4; and the striping and "No Parking" lettering for this access aisle are to be maintained so as not to become faded.

Defendant shall complete all remediation in full compliance with the ADAAG within one year or June 9, 2021. Defendant is further obligated to permanently maintain the Subject Property in such physical condition that it is fully compliant with the ADAAG.

## MONETARY PROVISIONS

IT IS FURTHER ORDERED that:  A monetary judgment is entered in favor of JAMES RUTHERFORD and against the Defendant BLM VICTORVILLE A CALIFORNIA LIMITED PARTNERSHIP, in the amount of $13,000.00, inclusive of costs and attorney's fees.

## RETENTION OF JURISDICTION

IT IS FURTHER ORDERED that:  This Court retains jurisdiction of this matter for purposes of construction, modification, and enforcement of this Injunction.

All scheduled dates and deadlines are VACATED.

**IT IS SO ORDERED.**

DATED:  June 16, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE